sel fees, incurred by the Board in the investigation, preparation and final disposition of this proceeding.

It is further ordered that to insure compliance with the foregoing provisions, this court imposes a compliance fine of $5,000 and a further compliance fine of $500 per day so long as such non-compliance continues. Such compliance fines shall be imposed only in the event that Hickman Garment Company fails to purge itself of contempt as herein directed.

It is further ordered that in event of continued non-compliance this court will deal with the matter by such means as the court shall deem appropriate, including the issuance of a body attachment against any officer of agent of Hickman Garment Company responsible for such non-compliance.

## ORDER

This cause came on to be considered on the Board's application for summary entry of judgment enforcing its order in the above-captioned case dated June 6, 1972, and reported at 197 N.L.R.B. No. 38.

Respondent failed to answer the unfair labor practice charge filed before the Board as required by Section 102.20 of the Board's Rules and Regulations, Series 8, as amended. Respondent likewise failed to file a response to the Board's notice to show cause why the General Counsel's motion for summary judgment should not be granted.

Upon the record before us we find that there is substantial evidence to support the Board's findings. It is therefore ordered that the Board's application for the entry of summary judgment be and is hereby granted and the Board's order be and is hereby enforced.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**STRIPPERS, INC., Respondent.**

No. 72-2120.

United States Court of Appeals, Sixth Circuit.

Jan. 31, 1973.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., Walter C. Phillips, Director, Region 10, N.L.R.B., Atlanta, Ga., for petitioner.

James Potter, Pres., Strippers, Inc., pro se.

Before WEICK, CELEBREZZE and PECK, Circuit Judges.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**Rudolph B. ZAWADZKI D/B/A Maria Security Service, Respondent.**

No. 72-2086.

United States Court of Appeals, Sixth Circuit.

Jan. 31, 1973.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., Jerome H. Brooks, Director, Region 7, N. L. R. B., Detroit, Mich., for petitioner.

Rudolph R. Zawadzki, pro se.

Before WEICK, CELEBREZZE and PECK, Circuit Judges.